## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

THELMA WILLIAMS, JR.
ADC #93197                                                                                            PLAINTIFF

V.                              NO: 5:07CV00181 JMM

BARBARA SMALLWOOD *et al.*                                                          DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 13 day of September, 2007.


_____
UNITED STATES DISTRICT JUDGE